ACCEPTED
01-14-00156-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/19/2015 8:44:20 AM
CHRISTOPHER PRINE
CLERK

# Maite Sample

The Sample Law Firm, PLLC
405 Main St., Ste. 950
Houston, TX 77002
(713) 909-9685
maite.m.sample@gmail.com

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

2/19/2015 8:44:20 AM

CHRISTOPHER A. PRINE
Clerk

19 de febrero, 2014

Javier Pacheco
#1909939
Allred Unit
2101 FM 369 North
Iowa Park, TX 76367-5638

RE:   *The State of Texas v. Javier Pacheco,* Cause No. 1341972
       In the 262nd District Court, Harris County

Sr. Pacheco,

Espero que este bien.  Le escribo para mandarle información adicional sobre su apelacion.  También estoy adjuntando otra copia de mi petición para excusarme de su caso, aparte de mi Anders Brief, y una copia de el "Anders Brief" que escribi en su apelacion.

Como no tenemos ningún otro argumento legal para una apelación, la corte de apelación me ordeno a escribir lo que llaman un "Anders Brief."  Esto es un documento en donde yo juro que yo revise todos los documentos que existen en su caso y no veo ninguna otra razón legal para seguir adelante con una apelación y le pido a lo corte que me excuse de el caso suyo.  Para excusarme de su caso también escribi una petición y orden para excusarme de su caso.  Usted tiene 30 dias para escribir su propia petición a la corte de apelación si desea hacerlo.

El tribunal le envio a usted un documento para que usted pueda pedir una copia de el registro completo en su caso, pero ya yo le mande una copia de el registro completo de su caso cuando le mande la correspondencia anterior que tambien incluyo copias de el "Anders Brief" y la petición para excusarme de su caso.  Eso quiere decir, que usted no tiene que pedirle nada a el tribunal porque ya usted tiene el registro completo.

Le repito que usted tiene los siguientes derechos: La corte de apelación le dara a usted la oportunidad para escribir su propia petición.  Usted tiene 30 dias para escribir su propia apelacion.  Si le niegan su apelación usted también tendrá el derecho de escribirle a la corte mas alta del estado – "Court of Criminal Appeals" pidiéndole un "Petition for Discretionary Review" donde usted le pide a la corte mas alta que revise la decisión de la corte de apelación.  La corte mas alta – "Court of Criminal Appeals" tiene que recibir su

"Petition for Discretionary Review" no mas tarde que 30 dias después de la decisión de la corte de apelación.

El ultimo remedio que le queda a usted se llama un "Writ of Habeas Corpus." Un "Writ" es una petición en donde usted le escribe a la corte de apelación criminal mas alta del estado y le pide lo que usted quiera a base de la sección 11.07 en el "Code of Criminal Procedure." Usted tiene un año después de la decisión final de la corte de apelación para pedir un "Writ." Eso es algo que usted haría por su cuenta a menos que la corte le asigne un abogado.

Por favor escríbeme si hay algo más que pueda hacer por usted.


Respetuosamente,

/s/ *Maite Sample*

Maite Sample